Steven T. Graham (105710)
sgraham@swlaw.com
Jeffrey M. Singletary (#233528)
jsingletary@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799

Attorneys for Defendant
Incipio Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENZHEN JAME TECHNOLOGY CORP. LTD., a Chinese corporation,<br><br>Plaintiff,<br><br>v.<br><br>VINCI BRANDS LLC, a Delaware limited liability company; INCIPIO TECHNOLOGIES, INC., a California corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 8:23-cv-00372-FWS-JDE<br><br>The Honorable Fred A. Slaughter<br>Ctrm. 10D<br><br>**Incipio Technologies, Inc.'s Answer to Complaint and Demand for Jury Trial**<br><br>FAC Filed: March 22, 2023 |

Defendant Incipio Technologies, Inc. ("Incipio Tech") answers the complaint ("Complaint") of plaintiff Shenzhen Jame Technology Corp. Ltd. ("Plaintiff") as follows:

## NATURE OF ACTION

1. Answering Paragraph 1 of the Complaint, Incipio Tech lacks sufficient information and belief to respond to Plaintiff's allegations and on that basis denies them.

2. Answering Paragraph 2 of the Complaint, Incipio Tech lacks sufficient information and belief to respond to Plaintiff's allegations and on that basis denies them.

3. Answering Paragraph 3 of the Complaint, Incipio Tech denies the allegations in this paragraph.

4. Answering Paragraph 4 of the Complaint, Incipio Tech denies the allegations in this paragraph.

5. Answering Paragraph 5 of the Complaint, Incipio Tech denies the allegations in this paragraph.

## THE PARTIES

6. Answering Paragraph 6 of the Complaint, Incipio Tech lacks sufficient information and belief to respond to Plaintiff's allegations and on that basis denies them.

7. Answering Paragraph 7 of the Complaint, Incipio Tech lacks sufficient information and belief to respond to Plaintiff's allegations and on that basis denies them.

8. Answering Paragraph 8 of the Complaint, Incipio Tech admits the allegations in this paragraph.

## JURISDICTION AND VENUE

9. Answering Paragraph 9 of the Complaint, Incipio Tech lacks sufficient information and belief to respond to Plaintiff's allegations and on that basis denies them.

10. Answering Paragraph 10 of the Complaint, Incipio Tech lacks sufficient information and belief to respond to Plaintiff's allegations and on that basis denies them.

11. Answering Paragraph 11 of the Complaint, Incipio Tech lacks sufficient information and belief to respond to Plaintiff's allegations and on that basis denies them.

12. Answering Paragraph 12 of the Complaint, Incipio Tech admits the allegations in this paragraph.

13. Answering Paragraph 13 of the Complaint, Incipio Tech admits that this court has personal jurisdiction over Incipio Tech. Except as expressly admitted above, Incipio Tech denies the remaining allegations in Paragraph 13.

14. Answering Paragraph 14 of the Complaint, Incipio Tech lacks sufficient information and belief to respond to Plaintiff's allegations and on that basis denies them.

## STATEMENT OF FACTS

15. Answering Paragraph 15 of the Complaint, Incipio Tech lacks sufficient information and belief to respond to Plaintiff's allegations and on that basis denies them.

16. Answering Paragraph 16 of the Complaint, Incipio Tech denies the allegations in this paragraph.

17. Answering Paragraph 17 of the Complaint, Incipio Tech denies the allegations in this paragraph.

18. Answering Paragraph 18 of the Complaint, Incipio Tech denies the allegations in this paragraph.

19. Answering Paragraph 19 of the Complaint, Incipio Tech denies the allegations in this paragraph.

20. Answering Paragraph 20 of the Complaint, Incipio Tech denies the allegations in this paragraph.

21. Answering Paragraph 21 of the Complaint, Incipio Tech denies the allegations in this paragraph.

22. Answering Paragraph 22 of the Complaint, Incipio Tech denies the allegations in this paragraph.

23. Answering Paragraph 23 of the Complaint, Incipio Tech denies the allegations in this paragraph.

24. Answering Paragraph 24 of the Complaint, Incipio Tech lacks sufficient information and belief to respond to Plaintiff's allegations and on that basis denies them.

25. Answering Paragraph 25 of the Complaint, Incipio Tech lacks sufficient information and belief to respond to Plaintiff's allegations and on that basis denies them.

26. Answering Paragraph 26 of the Complaint, Incipio Tech lacks sufficient information and belief to respond to Plaintiff's allegations and on that basis denies them.

27. Answering Paragraph 27 of the Complaint, Incipio Tech lacks sufficient information and belief to respond to Plaintiff's allegations and on that basis denies them.

28. Answering Paragraph 28 of the Complaint, Incipio Tech lacks sufficient information and belief to respond to Plaintiff's allegations and on that basis denies them.

29. Answering Paragraph 29 of the Complaint, Incipio Tech lacks sufficient information and belief to respond to Plaintiff's allegations and on that basis denies them.

30. Answering Paragraph 30 of the Complaint, Incipio Tech lacks sufficient information and belief to respond to Plaintiff's allegations and on that basis denies them.

31. Answering Paragraph 31 of the Complaint, Incipio Tech lacks sufficient information and belief to respond to Plaintiff's allegations and on that basis denies them.

32. Answering Paragraph 32 of the Complaint, Incipio Tech lacks sufficient information and belief to respond to Plaintiff's allegations and on that basis denies them.

33. Answering Paragraph 33 of the Complaint, Incipio Tech lacks

1  sufficient information and belief to respond to Plaintiff's allegations and on that
2  basis denies them.

3      34. Answering Paragraph 34 of the Complaint, Incipio Tech lacks
4  sufficient information and belief to respond to Plaintiff's allegations and on that
5  basis denies them.

6      35. Answering Paragraph 35 of the Complaint, Incipio Tech lacks
7  sufficient information and belief to respond to Plaintiff's allegations and on that
8  basis denies them.

9      36. Answering Paragraph 36 of the Complaint, Incipio Tech lacks
10  sufficient information and belief to respond to Plaintiff's allegations and on that
11  basis denies them.

## COUNT I – BREACH OF CONTRACT AGAINST VINCI

13      37. Answering Paragraph 37 of the Complaint, Incipio Tech repeats,
14  realleges, and incorporated by reference each response made to Paragraphs 1
15  through 36, above.

16      38. Answering Paragraph 38 of the Complaint, Incipio Tech notes that this
17  count is alleged against defendant Vinci and, therefore, Incipio Tech need not
18  respond to this paragraph. If a response is required, Incipio Tech denies the
19  allegations in this paragraph.

20      39. Answering Paragraph 39 of the Complaint, Incipio Tech notes that this
21  count is alleged against defendant Vinci and, therefore, Incipio Tech need not
22  respond to this paragraph. If a response is required, Incipio Tech denies the
23  allegations in this paragraph.

24      40. Answering Paragraph 40 of the Complaint, Incipio Tech notes that this
25  count is alleged against defendant Vinci and, therefore, Incipio Tech need not
26  respond to this paragraph. If a response is required, Incipio Tech denies the
27  allegations in this paragraph.

28      41. Answering Paragraph 41 of the Complaint, Incipio Tech notes that this

count is alleged against defendant Vinci and, therefore, Incipio Tech need not respond to this paragraph. If a response is required, Incipio Tech denies the allegations in this paragraph.

42. Answering Paragraph 42 of the Complaint, Incipio Tech notes that this count is alleged against defendant Vinci and, therefore, Incipio Tech need not respond to this paragraph. If a response is required, Incipio Tech denies the allegations in this paragraph.

43. Answering Paragraph 43 of the Complaint, Incipio Tech notes that this count is alleged against defendant Vinci and, therefore, Incipio Tech need not respond to this paragraph. If a response is required, Incipio Tech denies the allegations in this paragraph.

44. Answering Paragraph 44 of the Complaint, Incipio Tech notes that this count is alleged against defendant Vinci and, therefore, Incipio Tech need not respond to this paragraph. If a response is required, Incipio Tech denies the allegations in this paragraph.

45. Answering Paragraph 45 of the Complaint, Incipio Tech notes that this count is alleged against defendant Vinci and, therefore, Incipio Tech need not respond to this paragraph. If a response is required, Incipio Tech denies the allegations in this paragraph.

46. Answering Paragraph 46 of the Complaint, Incipio Tech notes that this count is alleged against defendant Vinci and, therefore, Incipio Tech need not respond to this paragraph. If a response is required, Incipio Tech denies the allegations in this paragraph.

47. Answering Paragraph 47 of the Complaint, Incipio Tech notes that this count is alleged against defendant Vinci and, therefore, Incipio Tech need not respond to this paragraph. If a response is required, Incipio Tech denies the allegations in this paragraph.

## COUNT II – BREACH OF CONTRACT AGINAST INCIPIO

48. Answering Paragraph 48 of the Complaint, Incipio Tech repeats, realleges, and incorporated by reference each response made to Paragraphs 1 through 47, above.

49. Answering Paragraph 49 of the Complaint, Incipio Tech denies the allegations in this paragraph.

50. Answering Paragraph 50 of the Complaint, Incipio Tech denies the allegations in this paragraph.

51. Answering Paragraph 51 of the Complaint, Incipio Tech denies the allegations in this paragraph.

52. Answering Paragraph 52 of the Complaint, Incipio Tech denies the allegations in this paragraph.

53. Answering Paragraph 53 of the Complaint, Incipio Tech denies the allegations in this paragraph.

## COUNT III – ACCOUNT STATED AGAINST VINCI

54. Answering Paragraph 54 of the Complaint, Incipio Tech repeats, realleges, and incorporated by reference each response made to Paragraphs 1 through 53, above.

55. Answering Paragraph 55 of the Complaint, Incipio Tech notes that this count is alleged against defendant Vinci and, therefore, Incipio Tech need not respond to this paragraph. If a response is required, Incipio Tech denies the allegations in this paragraph.

56. Answering Paragraph 56 of the Complaint, Incipio Tech notes that this count is alleged against defendant Vinci and, therefore, Incipio Tech need not respond to this paragraph. If a response is required, Incipio Tech denies the allegations in this paragraph.

57. Answering Paragraph 57 of the Complaint, Incipio Tech notes that this count is alleged against defendant Vinci and, therefore, Incipio Tech need not

1  respond to this paragraph. If a response is required, Incipio Tech denies the
2  allegations in this paragraph.

3        58.    Answering Paragraph 58 of the Complaint, Incipio Tech notes that this
4  count is alleged against defendant Vinci and, therefore, Incipio Tech need not
5  respond to this paragraph. If a response is required, Incipio Tech denies the
6  allegations in this paragraph.

7        59.    Answering Paragraph 59 of the Complaint, Incipio Tech notes that this
8  count is alleged against defendant Vinci and, therefore, Incipio Tech need not
9  respond to this paragraph. If a response is required, Incipio Tech denies the
10 allegations in this paragraph.

11       60.    Answering Paragraph 60 of the Complaint, Incipio Tech notes that this
12 count is alleged against defendant Vinci and, therefore, Incipio Tech need not
13 respond to this paragraph. If a response is required, Incipio Tech denies the
14 allegations in this paragraph.

15 **COUNT IV – ACCOUNT STATED AGINAST INCIPIO**

16       61.    Answering Paragraph 61 of the Complaint, Incipio Tech repeats,
17 realleges, and incorporated by reference each response made to Paragraphs 1
18 through 60, above.

19       62.    Answering Paragraph 62 of the Complaint, Incipio Tech denies the
20 allegations in this paragraph.

21       63.    Answering Paragraph 63 of the Complaint, Incipio Tech denies the
22 allegations in this paragraph.

23       64.    Answering Paragraph 64 of the Complaint, Incipio Tech denies the
24 allegations in this paragraph.

25       65.    Answering Paragraph 65 of the Complaint, Incipio Tech denies the
26 allegations in this paragraph.

27       66.    Answering Paragraph 66 of the Complaint, Incipio Tech denies the
28 allegations in this paragraph.

SNELL & WILMER
L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

4893-1024-8030                - 8 -                CASE NO. 8:23-CV-00372-FWS-JDE
INCIPIO TECHNOLOGIES, INC.'S
ANSWER TO COMPLAINT

67. Answering Paragraph 67 of the Complaint, Incipio Tech denies the allegations in this paragraph.

**COUNT V – VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW AGAINST VINCI (CAL. BUS. & PROF. CODE §§ 17200 ET SEQ.)**

68. Answering Paragraph 68 of the Complaint, Incipio Tech repeats, realleges, and incorporated by reference each response made to Paragraphs 1 through 67, above.

69. Answering Paragraph 69 of the Complaint, Incipio Tech notes that this count is alleged against defendant Vinci and, therefore, Incipio Tech need not respond to this paragraph. If a response is required, Incipio Tech denies the allegations in this paragraph.

70. Answering Paragraph 70 of the Complaint, Incipio Tech notes that this count is alleged against defendant Vinci and, therefore, Incipio Tech need not respond to this paragraph. If a response is required, Incipio Tech denies the allegations in this paragraph.

71. Answering Paragraph 71 of the Complaint, Incipio Tech notes that this count is alleged against defendant Vinci and, therefore, Incipio Tech need not respond to this paragraph. If a response is required, Incipio Tech denies the allegations in this paragraph.

**COUNT VI – VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW AGAINST INCIPIO (CAL. BUS. & PROF. CODE §§ 17200 ET SEQ.)**

72. Answering Paragraph 72 of the Complaint, Incipio Tech repeats, realleges, and incorporated by reference each response made to Paragraphs 1 through 71, above.

73. Answering Paragraph 73 of the Complaint, Incipio Tech denies the allegations in this paragraph.

74. Answering Paragraph 74 of the Complaint, Incipio Tech denies the allegations in this paragraph.

75. Answering Paragraph 75 of the Complaint, Incipio Tech denies the allegations in this paragraph.

## PRAYER FOR RELIEF

Incipio Tech denies the allegations in Plaintiff's prayer for relief and denies that Plaintiff is entitled to any of the relief requested therein.

## AFFIRMATIVE DEFENSES

1. As separate and affirmative defenses and objections to the Complaint, Incipio Tech further alleges as follows:

## FIRST AFFIRMATIVE DEFENSE

2. Plaintiff's First Amended Complaint, and each and every claim for relief alleged therein, fails to state facts sufficient to constitute a claim for relief against Incipio Tech.

## SECOND AFFIRMATIVE DEFENSE

3. Plaintiff's First Amended Complaint against Incipio Tech, and each and every claim for relief asserted against Incipio Tech, fails because Incipio Tech was not a party to the contract or contracts that form the basis of Plaintiff's First Amended Complaint.

## THIRD AFFIRMATIVE DEFENSE

4. Plaintiff's First Amended Complaint against Incipio Tech, and each and every claim for relief asserted against Incipio Tech, fails by reason of the lack of consideration that defeats the effectiveness of the alleged contracts that form the basis of Plaintiff's First Amended Complaint. because Incipio Tech was not a party to the contract or contracts that form the basis of Plaintiff's First Amended Complaint.

## FOURTH AFFIRMATIVE DEFENSE

5. Plaintiff is barred from recovering any damages or other relief by reason of its failure to perform.

### FIFTH AFFIRMATIVE DEFENSE

6. Plaintiff has not used reasonable care and diligence to mitigate its losses, if any, and the damages, if any, allegedly suffered by Plaintiff are therefore barred.

### SIXTH AFFIRMATIVE DEFENSE

7. Plaintiff's claims for relief are barred by any and all applicable statutes of limitation.

### SEVENTH AFFIRMATIVE DEFENSE

8. Plaintiff has waived each and every of its claims for relief against Incipio Tech by reason of its knowing and voluntary acts, omissions and representations.

### EIGHTH AFFIRMATIVE DEFENSE

9. Plaintiff is estopped and barred from asserting each and every of its claims for relief against Incipio Tech by its own acts, omissions and representations.

### NINTH AFFIRMATIVE DEFENSE

10. Plaintiff is informed and believes, and thereupon alleges, that Plaintiff has unreasonably delayed in bringing this action against Incipio Tech, and further that such delay has resulted in prejudice to Incipio Tech, and that Plaintiff's claims for relief are therefore barred by the equitable doctrine of laches.

### TENTH AFFIRMATIVE DEFENSE

11. Plaintiff's First Amended Complaint and each and every claim for relief alleged therein is barred by the equitable defense of unclean hands.

### ELEVENTH AFFIRMATIVE DEFENSE

12. To the extent it was under any contractual or non-contractual duty or obligation, Incipio Tech has completely performed any and all such duties and obligations which were not otherwise discharged.

## TWELFTH AFFIRMATIVE DEFENSE

13. Discovery in this matter may reveal additional bases for an avoidance or affirmative defense. Incipio Tech reserves the right to amend this answer to plead such affirmative defenses should they be discovered.

WHEREFORE, Incipio Tech prays for relief as follows:

1. That the Court deny all relief requested by Plaintiff;

2. That judgment be entered in Incipio Tech's favor on the First Amended Complaint;

3. That Incipio Tech be awarded its costs of suit and attorneys' fees to the extent recoverable by law; and

4. That Incipio Tech be granted such other and further relief as the Court deems appropriate.

## JURY DEMAND

Incipio Tech demands a trial by jury on all issues so triable.

Dated: April 20, 2023               SNELL & WILMER L.L.P.

By: */s/Jeffrey M. Singletary*
    Steven T. Graham
    Jeffrey M. Singletary
    Attorneys for Defendant
    Incipio Technologies, Inc.