# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENZHEN JAME TECHNOLOGY CORP., LTD., a Chinese corporation, Plaintiffs,<br><br>v.<br><br>VINCI BRANDS LLC, a Delaware limited liability company; INCIPIO TECHNOLOGIES, INC., a California corporation; and DOES 1-50, Defendants. | Case No.: 8:23-cv-00372-MWC-JDE<br><br>**ORDER ON STIPULATION FOR ENTRY OF JUDGMENT (DKT. 78)**<br><br>**JS-6** |

On June 3, 2024, upon consideration of the parties' agreement to resolve the above captioned litigation between Plaintiff Shenzhen Jame Technology Corp, Ltd. ("Plaintiff") on the one hand, and Defendant Vinci Brands, LLC ("Defendant") on the other hand, and with Defendant's consent to the entry of this Order it is hereby ORDERED that:

Judgment is entered for Plaintiff and Against Defendant Vinci Brands, LLC in the amount of Seven Million and Five Hundred and Ten Thousand Dollars ($7,510,000) inclusive of all reasonable attorney's fees and costs. By agreement of Plaintiff and Vinci, any defenses, objections, or other legal obstacles to the entry of this judgment are waived and Plaintiff may pursue execution of the judgment as quickly as permitted by law;

No post judgment interest under 28 U.S.C. § 1961 shall apply to the Judgment for one (1) year;

IT IS FURTHER ORDERED that this Order shall constitute Final Judgment as to all claims in the above-captioned litigation against Defendant Vinci Brands, LLC.

**IT IS SO ORDERED.**

Dated: June 3, 2025

_____
Hon. Michelle Williams Court
United States District Judge